**Order entered April 7, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00282-CV

**GIO KELLY PAWN, LLC D/B/A PLUS PAWN AND D/B/A PAWN DEPOT, Appellant**

**V.**

**DALLAS COUNTY, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-18-01748**

## ORDER

Before the Court is court reporter Terri Etekochay's April 3, 2020 request for an extension of time to file the reporter's record. The reporter's record was filed on March 20, 2020. Accordingly, we **DENY** the motion as moot.

/s/    ERIN A. NOWELL
        JUSTICE